UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

5 STAR EQUINE PRODUCTS
AND SUPPLIES, INC.                                                                    PLAINTIFF

v.                                    No. 2:20-CV-02070

JAYNE BROWN, et al.                                                                DEFENDANTS

**OPINION AND ORDER**

Plaintiff filed a motion (Doc. 12) to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  The motion will be granted.

Rule 41(a)(2) gives the Court discretion to dismiss a case on Plaintiff's motion on terms that the Court considers proper.  Plaintiff's motion represents the parties have reached a settlement and no issues of fact or law remain.  The motion will be granted.

IT IS THEREFORE ORDERED that the motion to dismiss (Doc. 12) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 10th day of September, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE